Sherwood DAVIDSON

v.

BANCROFT & MARTIN, et al.

Supreme Judicial Court of Maine.

Argued March 17, 1989.
Decided June 19, 1989.

---

**14**

Eve H. Cimmet (orally), Richardson & Troubh, Portland, for plaintiff.

Kenneth W. Hovermale, Jr. (orally), Bornstein & Hovermale, Portland, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN and CLIFFORD, JJ.

WATHEN, Justice.

Bancroft & Martin, the employer, appeals from a decision of the Appellate Division of the Workers' Compensation Commission affirming the Commissioner's order denying a petition for review of incapacity. The employer argues that the Appellate Division erred in denying the petition in circumstances where at least a portion of the employee's present incapacity results from a disease process unrelated to his former employment. In a case such as this, the employer is charged with the burden of proving that the work-related injury is no longer a causative factor in producing the employee's incapacity. *Brackett v. A.C. Lawrence Leather Co.*, 559 A.2d 776 (Me.1989). The record before us does not compel such a finding.

The entry is:

The decision of the Appellate Division of the Workers' Compensation Commission is affirmed.

It is ordered that the employer pay to the employee $750 for his counsel fees plus his reasonable out-of-pocket expenses for this appeal.

All concurring.